George R. Lyle, Esq.
Alaska Bar No. 8411126
GUESS & RUDD, P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
glyle@guessrudd.com

Peter R. Ehrhardt, Esq.
Alaska Bar No. 8006016
Law Offices of Peter R. Ehrhardt
215 Fidalgo Ave., Suite 201
Kenai, Alaska 99611
Tel: (907) 283-2876
Fax: (907) 283-2896
peter@mail.kenailaw.com

*Attorneys for Plaintiff J. Roberta Harris*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J. ROBERTA HARRIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PENN-AMERICA INSURANCE CO., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00191-SLG <br><br><br><br><br> NOTICE TO COURT OF <br> <u>SETTLEMENT NEGOTIATIONS</u> |

Pursuant to the Court's October 22, 2012 scheduling and planning order, this notice will serve to advise the court that the parties are currently in active settlement negotiations, and that the parties expect these settlement negotiations to be concluded

within 30 days.  The undersigned also represents that he has spoken with defendant's counsel, John Thorsness, and has been authorized to file this notice of behalf of all the parties.

DATED at Anchorage, Alaska, this 29th day of October, 2012.

GUESS & RUDD P.C.

*Attorneys for J. Roberta Harris*

/s/ George R. Lyle
George R. Lyle
Alaska Bar No. 8411126
GUESS & RUDD, P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Tel:  (907) 793-2200
Fax:  (907) 793-2299
glyle@guessrudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2012,
a true and correct copy of the foregoing document
was delivered to the following counsel of record via
ECF electronic service:

John B. Thorsness, Esq.

via First Class Mail:

Peter R. Ehrhardt, Esq.
Law Offices of Peter R. Ehrhardt
215 Fidalgo Ave., Suite 201
Kenai, Alaska 99611

Guess & Rudd, P.C.

By: /s/ George R. Lyle
F:\DATA\6311\1\Pleadings\Word Doc Pleadings\02 Notice to Court re Settlement Negotiations.doc

Notice of Settlement Negotiations
Harris v. Penn-America Insurance Co., Case No. 3:12-cv-00191-SLG
Page 2 of 2
Case 3:12-cv-00191-SLG   Document 9   Filed 10/29/12   Page 2 of 2