George R. Lyle, Esq.
Alaska Bar No. 8411126
GUESS & RUDD, P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Tel: (907) 793-2200
Fax: (907) 793-2299
glyle@guessrudd.com

Peter R. Ehrhardt, Esq.
Alaska Bar No. 8006016
Law Offices of Peter R. Ehrhardt
215 Fidalgo Ave., Suite 201
Kenai, Alaska 99611
Tel: (907) 283-2876
Fax: (907) 283-2896
peter@mail.kenailaw.com

*Attorneys for Plaintiff J. Roberta Harris*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| J. ROBERTA HARRIS, | ) | |
| | ) | Case No. 3:12-cv-00191-SLG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PENN-AMERICA INSURANCE CO., | ) | NOTICE TO THE |
| | ) | COURT OF SETTLEMENT |
| Defendants. | ) | |
| | ) | |

Pursuant to the Parties' October 29, 2012 Notice to the Court of Settlement Negotiations, this notice will serve to advise the court that the parties have reached a

settlement of this case and are in the process of drafting the settlement paperwork. The parties will file the necessary dismissal documents as soon as possible.

The undersigned also represents that he has spoken with defendant's counsel, John Thorsness, and has been authorized to file this notice of behalf of all the parties.

DATED at Anchorage, Alaska, this 26th day of November, 2012.

                                          GUESS & RUDD P.C.

                                          *Attorneys for J. Roberta Harris*

                                          /s/ George R. Lyle
                                          George R. Lyle
                                          Alaska Bar No. 8411126
                                          GUESS & RUDD, P.C.
                                          510 L Street, Suite 700
                                          Anchorage, Alaska 99501
                                          Tel: (907) 793-2200
                                          Fax: (907) 793-2299
                                          glyle@guessrudd.com

Notice of Settlement
Harris v. Penn-America Insurance Co., Case No. 3:12-cv-00191-SLG
Page 2 of 3
Case 3:12-cv-00191-SLG   Document 11   Filed 11/26/12   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2012,
a true and correct copy of the foregoing document
was delivered to the following counsel of record via
ECF electronic service:

John B. Thorsness, Esq.

Peter R. Ehrhardt, Esq.

Guess & Rudd, P.C.


By: /s/ George R. Lyle
F:\DATA\6311\1\Pleadings\Word Doc Pleadings\03 Notice of Settlement.doc

Notice of Settlement
Harris v. Penn-America Insurance Co., Case No. 3:12-cv-00191-SLG
Page 3 of 3