IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

J. ROBERTA HARRIS,

              Plaintiff,

  vs.                                  Civil Action No. 3:12-cv-191 SLG

PENN-AMERICA INSURANCE CO.,

              Defendant.

## ORDER GRANTING
## STIPULATION OF DISMISSAL WITH PREJUDICE

Based upon the stipulation among the parties submitted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims by and between Plaintiff J. Roberta Harris and Defendant Penn-America Insurance Company, which were or which could have been the subject of the above-captioned action, are hereby ordered dismissed with prejudice with the parties to bear their own costs and attorney's fees.

DATED: December 19th, 2012.

                                          */s/ Sharon L. Gleason*
                                          U.S. District Court Judge